IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Philip A. Brimmer

Criminal Case No. 1:10-cr-00267-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JAVIER ELDER MENDOZA-MARQUEZ,
    a/k/a Jose Rafael Perez Garcia,

       Defendant.

## ORDER

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Counts Two and Three of the Indictment in this matter are dismissed against defendant Javier Elder Mendoza-Marquez.

Date: _Dec. 10_, 2010.

                BY THE COURT:

                _____
                JUDGE PHILIP A. BRIMMER
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO